# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>             Plaintiff,<br><br>     v.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION CONFINEMENT SHU, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:06-CV-00443-AWI-DLB-P<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, AS DUPLICATIVE OF CASE NUMBER 1:06-CV-00429-AWI-SMS-P<br><br>(Doc. 1) |

Plaintiff Willie Weaver ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 17, 2006, and neither paid the filing fee in full nor filed an application to proceed in forma pauperis.

In reviewing plaintiff's complaint, the Court has determined that it is duplicative of case number 1:06-CV-00429-AWI-SMS-P <u>Weaver v. California Correctional Institution Confinement SHU</u>, which was filed on April 14, 2006, and dismissed on September 13, 2006, for failure to state a claim and frivolity. In light of the fact that this action is duplicative of a previously filed action, this action is HEREBY DISMISSED, with prejudice, as duplicative.

IT IS SO ORDERED.

**Dated:**   **February 20, 2007**              /s/ Anthony W. Ishii
0m8i78                                                  UNITED STATES DISTRICT JUDGE

1